UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RANDY PAUL CLAUSE                                    CIVIL ACTION

VERSUS                                               NO. 07-4169

MICHAEL J. ASTRUE, COMMISSIONER                      SECTION "C" (2)
OF SOCIAL SECURITY ADMINISTRATION

## **ORDER**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 6th day of July, 2009.

UNITED STATES DISTRICT JUDGE